SHOOK, HARDY & BACON LLP
Michael Rayfield
mrayfield@shb.com
1 Rockefeller Plaza, Suite 2801
New York, NY 10020
Tel: 212-779-6110

Attorneys for Defendant
LifeMD, Inc.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.F. and MATTHEW MARDEN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEMD, INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:23-CV-07469-MKV<br><br>Assigned to Hon. J. Mary Kay Vyskocil<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant LifeMD, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint, and upon all pleadings and proceedings heretofore and herein, Defendant LifeMD will move this Court at the courthouse located at 500 Pearl Street, New York, New York 10007-1312, at a date and time to be set by the Court, or as soon thereafter as counsel can be heard, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Plaintiffs' Amended Complaint in its entirety, with prejudice, together with such other and further relief as this Court deems just and proper.

Dated: March 4, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.
By: /s/ Michael Rayfield
Michael Rayfield
mrayfield@shb.com
1 Rockefeller Plaza, Suite 2801
New York, NY 10020
Tel: 212-779-6110

## **CERTIFICATE OF SERVICE**

I, Michael Rayfield, hereby certify that on this 4th day of March, 2024, I caused Defendant, LifeMD, Inc.'s Notice of Motion to Dismiss Plaintiffs' Amended Complaint and Memorandum of Law in support of Motion, and this Certificate of Service to be filed electronically with the Clerk, United States District Court for the Southern District of New York, and that a copy of the foregoing was served upon the following via electronic filing:

David S. Almeida
Elena Belov
Almeida Law Group LLC
849 W. Webster Avenue
Chicago, IL 60614
312-576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

Nicholas A. Migliaccio
Migliaccio Law Firm PLLC
438 16th Street SE
Washington, DC 20003
(202) 470-3520
nmigliaccio@classlawdc.com

*Attorneys for Plaintiffs*

By: */s/ Michael Rayfield*

Michael Rayfield
SHOOK, HARDY & BACON L.L.P.