### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.M.F. and MATTHEW MARDEN, *individually and on behalf of all others similarly situated*,<br><br>                          Plaintiffs,<br><br>v.<br><br>LIFEMD, INC., a Delaware corporation,<br><br>                          Defendant. | Case No. 1:23-CV-07469-MKV<br><br>Honorable J. Mary Kay Vyskocil |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiffs W.M.F. and Matthew Marden ("Plaintiffs"), by and through undersigned counsel, hereby give notice that they are voluntarily dismissing all claims against Defendant LifeMD Inc. ("Defendant") pending in the above captioned case without prejudice. Defendant has not filed an answer or motion for summary judgment nor is this case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication.

Accordingly, Plaintiffs W.M.F. and Matthew Marden hereby dismiss all of their claims against Defendant without prejudice.

Dated: November 1, 2024                    **ALMEIDA LAW GROUP LLC**

                                           */s/ David S. Almeida*
                                           David S. Almeida
                                           (New York Bar No. 3056520)
                                           Elena A. Belov
                                           (New York Bar No. 4080891)
                                           849 W. Webster Avenue
                                           Chicago, Illinois 60614
                                           (312) 576-3024
                                           david@almeidalawgroup.com

1

elena@almeidalawgroup.com

**MIGLIACCIO & RATHOD LLP**
Bryan G. Faubus
(New York Bar No. 4894101)
Nicholas A. Migliaccio
(New York Bar No. 4035838)
Jason S. Rathod (*pro hac vice anticipated*)
412 H Street, NE
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
bfaubus@classlawdc.com
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Attorneys for Plaintiffs & the Classes*

2